**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **OSMERLEY HERNANDEZ HERNANDEZ #A208-943-929** | **CASE NO. 1:26-CV-00699 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PAM JO BONDI ET AL** | **MAGISTRATE JUDGE HORNSBY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 22], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the Court and under the Court's inherent power to control its own docket.

MONROE, LOUISIANA, this 24th day of September, 2026.

Terry A. Doughty
United States District Judge